NOTICE:  All slip opinions and orders are subject to formal revision and are superseded by the advance sheets and bound volumes of the Official Reports.  If you find a typographical error or other formal error, please notify the Reporter of Decisions, Supreme Judicial Court, John Adams Courthouse, 1 Pemberton Square, Suite 2500, Boston, MA, 02108-1750; (617) 557-1030; SJCReporter@sjc.state.ma.us

SJC-13872

IN THE MATTER OF JAMES MURRAY.[1]


May 8, 2026.


Supreme Judicial Court.



The petitioner, James Murray, also known as James Hines, appeals from a judgment of a single justice of this court denying his petition in equity pursuant to G. L. c. 214, § 1, in which he sought to be appointed to this court's standing committee on pro bono legal services and to the Board of Bar Examiners.  We have reviewed the entire record before the single justice[2] and discern no basis on which he should have granted the petitioner's requests.  To the extent that the petitioner's brief contains additional requests that were not before the single justice, we do not consider them.  The single justice neither erred nor abused his discretion by denying the petition.

Judgment affirmed.


The case was submitted on briefs.
James Murray, pro se.


_____

[1] Also known as James Hines.

[2] The petitioner has filed two motions in which he requests, in substance, that we consider this matter on the original record that was before the single justice.  That request is allowed.